UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Robin Cannizzaro

Case No.: 19-21123 JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Jeffrey A. Lester, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on August 13, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 12 William St., Lincoln Park, NJ  Value about $290,000

Liens on property:
PNC Bank        Balance about $243,500
HUD             Balance about $70,000

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-21123-JKS
Robin M. Cannizzaro                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Jul 12, 2019
                            Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db              +Robin M. Cannizzaro,    12 William Street,    Lincoln Park, NJ 07035-1131
518280552       +ARS,    1643 NW 136th Avenue,    Building H, Suite 100,   Fort Lauderdale, FL 33323-2857
518280553      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998)
518280556      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
                 (address filed with court: Choice Recovery Inc.,   PO Box 20790,   Columbus, OH 43220)
518280557       +FNB Omaha,    PO Box 3412,   Omaha, NE 68103-0412
518280558        Housing and Urban Development,    451 Seventh Street  Southwest,   Washington, DC 20410-8000
518280560       +KML Law Group,    216 Haddon Avenue,    Ste 406,  WEstmont, NJ 08108-2812
518280562        PNC Bank,    P.O. Box 747032,   Pittsburgh, PA 15274-7032
518280563       +PNC Bank,    PO Box 8703,   Dayton, OH 45401-8703
518280566       +Target National Bank,    c/o Target Credit Services,    PO Box 1470,   NCD-0450,
                  Minneapolis, MN 55440-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 22:49:48     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 22:49:47     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2019 22:49:36     Ally Financial,
                  PO Box 130424,   Roseville, MN 55113-0004
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 22:47:44
                  Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518280551       +E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2019 22:49:36     Ally Financial,
                  PO Box 380901,   Minneapolis, MN 55438-0901
518280555        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 22:47:45     Capital One,
                  1500 Capital One Drive,   Richmond, VA 23238
518280554       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 22:47:23     Capital One,
                  PO Box 30281,   Salt Lake City, UT 84130-0281
518280559       +E-mail/Text: cio.bncmail@irs.gov Jul 12 2019 22:49:42     Internal Revenue Service,
                  PO Box 7436,   Philadelphia, PA 19101-7436
518280561       +E-mail/Text: bncnotices@becket-lee.com Jul 12 2019 22:49:38     Kohl's  Department Store,
                  P.O. Box 3115,   Milwaukee, WI 53201-3115
518284205       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 22:47:22     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518280564       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 22:47:44     Synchrony Bank - Amazon.com Card,
                  P.O. Box 965015,   Orlando, FL 32896-5015
518280565       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 22:47:23     Synchrony Bank/Wal-Mart,
                  PO Box 965024,   Orlando, FL 32896-5024
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2019
                                Form ID: pdf905         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:

```
              Jeffrey   Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              Michael G. Boyd    on behalf of Debtor Robin M. Cannizzaro michaelboydlaw@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```