**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robin M. Cannizzaro | Social Security number or ITIN  xxx–xx–9456 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–21123–JKS | |

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin M. Cannizzaro

9/10/19                                        **By the court:**  John K. Sherwood
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:   
Robin M. Cannizzaro   
    Debtor

Case No. 19-21123-JKS   
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Sep 10, 2019 |
|---|---|---|---|
| | Form ID: 318 | Total Noticed: 22 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
```
db            +Robin M. Cannizzaro,    12 William Street,    Lincoln Park, NJ 07035-1131
518280552     +ARS,    1643 NW 136th Avenue,    Building H, Suite 100,    Fort Lauderdale, FL 33323-2857
518280556    ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
              (address filed with court: Choice Recovery Inc.,     PO Box 20790,    Columbus, OH 43220)
518280557     +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
518280558      Housing and Urban Development,    451 Seventh Street Southwest,    Washington, DC 20410-8000
518280560     +KML Law Group,    216 Haddon Avenue,    Ste 406,    WEstmont, NJ 08108-2812
518280562      PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
518280563     +PNC Bank,    PO Box 8703,    Dayton, OH 45401-8703
518280566     +Target National Bank,    c/o Target Credit Services,    PO Box 1470,    NCD-0450,
               Minneapolis, MN 55440-1470
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:38     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: GMACFS.COM Sep 11 2019 02:58:00     Ally Financial,    PO Box 130424,
               Roseville, MN 55113-0004
cr            +EDI: RMSC.COM Sep 11 2019 02:58:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
518280551     +EDI: GMACFS.COM Sep 11 2019 02:58:00     Ally Financial,    PO Box 380901,
               Minneapolis, MN 55438-0901
518280553      EDI: BANKAMER.COM Sep 11 2019 02:58:00     Bank of America,    PO Box 982238,
               El Paso, TX 79998
518280555      EDI: CAPITALONE.COM Sep 11 2019 02:58:00     Capital One,    1500 Capital One Drive,
               Richmond, VA 23238
518280554     +EDI: CAPITALONE.COM Sep 11 2019 02:58:00     Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
518280559     +EDI: IRS.COM Sep 11 2019 02:58:00     Internal Revenue Service,    PO Box 7436,
               Philadelphia, PA 19101-7436
518280561     +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 23:29:45     Kohl's Department Store,
               P.O. Box 3115,    Milwaukee, WI 53201-3115
518284205     +EDI: RMSC.COM Sep 11 2019 02:58:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518280564     +EDI: RMSC.COM Sep 11 2019 02:58:00     Synchrony Bank - Amazon.com Card,    P.O. Box 965015,
               Orlando, FL 32896-5015
518280565     +EDI: RMSC.COM Sep 11 2019 02:58:00     Synchrony Bank/Wal-Mart,    PO Box 965024,
               Orlando, FL 32896-5024
                                                                                                TOTAL: 13
```

     ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address   
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 10, 2019
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:

        Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com, NJ19@ecfcbis.com
        Jeffrey   Lester    jlester@bllaw.com, NJ19@ecfcbis.com
        Michael G. Boyd    on behalf of Debtor Robin M. Cannizzaro michaelboydlaw@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5